*J. G. Jones* and *C. Denby*, for appellee.

---

LOVENGOOD, Administrator of DAVIDSON *v.* TARRENCE, Auditor, &c., and Others.

APPEAL from the *Vermillion* Circuit Court.

RAY, J.—No questions are presented for our consideration in this record, as neither abstract nor brief has been furnished by the appellant.

In our opinion the points stated in the assignment of

errors were decided against the appellant in the case of *Webb et al.* v. *Moore*, 25 Ind. 4.

The judgment is therefore affirmed, at the cost of the appellant.

*D. H. Maxwell,* for appellant.